UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AARON G. BINNS and JANE DOE BINNS; AARON G. BINNS, D.C., P.S. d/b/a BINNS FAMILY CHIROPRACTIC; PHILLIP WAYNE HARRIS and JANE DOE HARRIS; JENNIFER PORCHER and DENNIS PORCHER,<br><br>　　　　　　　　Defendants. | NO: 2:20-CV-0117-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiffs' Notice of Voluntary Dismissal. ECF No. 4. Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

ACCORDINGLY, IT IS HEREBY ORDERED:

All claims and causes of action against Defendants are **DISMISSED** without prejudice and without costs.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

The District Court Executive is directed to enter this Order, enter judgment, furnish copies to counsel, and close the file.

DATED July 20, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2