AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>*Plaintiff*<br>v.<br>AARON G. BINNS, et al,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:20-CV-0117-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  All claims and causes of action in this matter are DISMISSED without prejudice and without costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on Plaintiff's Notice of Voluntary Dismissal (ECF No. 4).

Date: July 20, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry